UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN M P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01271-CSW-SEB |
| | ) |
| FRANK BISIGNANO Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant's *Agreed Motion For Reversal With Remand For Further Administrative Proceedings* (Dkt. 14). The Court, being fully informed, hereby **ORDERS** that Defendant's *Motion* for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) be **GRANTED**.

The Commissioner's decision is remanded for further administrative proceedings. On remand, the Administrative Law Judge will give further consideration to the medical source opinions pursuant to the relevant regulations; take any further action necessary to complete the administrative record; offer Plaintiff the opportunity for a hearing; and issue a new decision.

**SO ORDERED.**

Date: December 8, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record