UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN M P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-01271-CSW-SEB |
| | ) |
| FRANK BISIGNANO Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING CLAIMANT'S BILL OF COSTS**

This matter is before the Court on Claimant's filing of a form document titled Bill of Costs. (Dkt. 17). Presumably, the Claimant seeks to recover the filing fee paid to the Court, and the Commissioner has not filed any objection to the requested relief.

However, the Claimant has not used the proper mechanism to permit the Court to consider the request. While the EAJA allows a prevailing party to recover certain costs incurred in litigation, the party seeking the costs must file a motion in order to recover the costs. 28 U.S.C. § 2412. Claimant has not filed any motion identifying the statutory provision which permits recovery of the costs, nor requested the Court award the costs. Instead, Claimant has filed a form document identifying an amount for filing fees. Therefore, there is no properly pending request.

The Court **DENIES WITHOUT PREJUDICE** the Claimant's request to recover the filing fee of $405.00. (Dkt. 17). If the Claimant seeks to recover fees pursuant to the EAJA, he should file a motion pursuant to the requirements set forth therein.

**SO ORDERED.**

Date: January 6, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.